RAMÓN ORTIZ QUINTANA, demandante y apelado, *v.* JUAN BAUTISTA DRAGONI, demandado y apelante.

No. 3920.—*Visto:* Junio 11, 1926.  *Resuelto:* Julio 20, 1926.

CORTES—NATURALEZA, EXTENSIÓN Y EJERCICIO DE LA JURISDICCIÓN EN GENERAL— JURISDICCIÓN SOBRE LA MATERIA DE LA ACCIÓN—NATURALEZA DE LA CAUSA DE ACCIÓN EJERCITADA.—Versando una acción, independientemente de la cuantía de los daños y perjuicios reclamados, sobre rescisión de un contrato por valor de $5,000, y teniendo que resolver la sentencia tal extremo, tal

circunstancia es suficiente por sí sola para dar a una corte de distrito juris-
dicción para conocer de dicha acción.

Resolución de *Angel Acosta Quintero*, J. (Ponce), denegando mo-
ción para que se dejara sin efecto sentencia dictada en el caso.
*Confirmada.*

*F. B. Fornaris*, abogado del apelante; *Angel Fiol Negrón*, abogado
del apelado.

El Juez Asociado Señor Franco Soto, emitió la opinión del
tribunal.

Ramón Ortiz Quintana inició este pleito solicitando la
rescisión de cierto contrato de compraventa celebrado con el
demandado Juan Bautista Dragoni y que se le condenara al
pago de la cantidad de $250 y costas. Se alegó en la de-
manda que el demandado se obligó a comprarle una finca
urbana en determinada fecha por precio de $5,000, pero
estipulándose que si en la fecha designada alguna de las
partes contratantes quebrantare o le conviniere faltar al
convenio, quedaba obligada a la otra parte al pago de una
compensación fija de $250 y costas, incluso honorarios de
abogado.

El demandado no contestó la demanda y después de ce-
lebrado el juicio en la corte inferior declaró rescindido el
contrato privado de promesa de venta y condenó al deman-
dado a pagar al demandante la suma de $250 como daños
y perjuicios por el incumplimiento del contrato, más las
costas y honorarios de abogado.

El demandado solicitó, fundándose en el artículo 140
del Código de Enjuiciamiento Civil, que se le eximiera de
los efectos de la sentencia por haber sido dictada sin juris-
dicción y por inadvertencia de la corte.

La corte inferior negó la solicitud y no conforme el de-
mandado estableció este recurso.

El apelante sostiene la falta de jurisdicción en la corte
inferior porque no existiendo causa de acción en cuanto a
la rescisión del contrato, la demanda quedó limitada al co-
bro de $250, suma que debía reclamarse ante la corte mu-

nicipal por ser esta corte la que tiene jurisdicción por razón de la cuantía.

Independientemente de la cuantía de los daños y perjuicios, no puede negarse que el pleito versaba sobre rescisión de un contrato por valor de cinco mil dollars, y la sentencia tenía que resolver ese extremo, cualquiera que fuera su efecto, siendo, por tanto, tal circunstancia suficiente por sí sola para dar jurisdicción a la corte de distrito.

*Por todo lo expuesto, debe confirmarse la resolución apelada.*